## CANNONBALL TRANSPORTATION CO et v PUC et

### Ohio Supreme Court

Nos 23044 & 23161. Decided Dec 23, 1931

For full opinion ☞124 Oh St 474 (Oh Bar 2-9-32).